UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

Tod and Laura Caron

Debtor(s)

Case No: 14-32151
Chapter 13
Honorable Daniel Opperman

**Debtors Amended Objection to Claim 12, 13 and 14 filed by the State of Michigan**

Debtors state for their amended objection as follows:

1. The State of Michigan has filed three claims in this case, numbered 12, 13 and 14 and the Courts claim register.

2. As noted in Debtors' prior objection, Claims 13 and 14 appear to overlap. The State of Michigan has stated that the claims are not meant to be combined but simply indicate that Tod and Laura Caron may have separate liability.

3. Debtors request that this Court enter an Order to make sure that the record reflects that there is only one total claim for the periods covered by Claims 13 and 14.

4. As noted in Debtors earlier objection, the periods reflected in Claims 13, 14 and 12 appear to be based on estimates by the State. Debtors have filed returns for these periods and their records show that the total balance due and owing is substantially less.

5. Debtors acknowledge that balances exist, but request that this Court disallow the State's claim on the grounds that it is substantially overstated.

Respectfully submitted,

Simen, Figura & Parker, PLC

/s/ Peter T. Mooney
Peter T. Mooney P47012
5206 Gateway Centre #200
Flint, MI 48507
(810) 235-9000

Dated: July 9, 2015                           pmooney@sfplaw.com

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

IN RE:

Tod and Laura Caron　　　　　　　　　　　Case No: 14-32151
　　　　　　　　　　　　　　　　　　　　　Chapter 13
　　　　　　　Debtor(s)　　　　　　　　　Honorable Daniel Opperman

### Order Disallowing the Claim 12, 13 and 14 of the State of Michigan

THE COURT having reviewed Debtors Amended Objection,

IT IS HEREBY ORDERED that claim numbers 12, 13 and 14 filed by the State of Michigan are disallowed.