UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

IN THE MATTER OF:

TOD CARON  
LAURA CARON,

Debtors.

Case No. 14-32151-DOF  
Honorable DANIEL S. OPPERMAN  
Chapter 13

3414 Sandy Shore Drive  
Metamora, MI 48455  
XXX-XX-5161  
XXX-XX-4257

_____/

### OBJECTIONS TO CONFIRMATION OF PROPOSED CHAPTER 13 PLAN ON BEHALF OF FORD MOTOR CREDIT COMPANY LLC

Creditor Ford Motor Credit Company LLC ("Objector") by and through counsel, KILPATRICK & ASSOCIATES, P.C., states:

1. The Debtors ("Debtor" as used herein shall include both Debtors in a joint case) filed a voluntary Chapter 13 petition on July 30, 2014.

2. On the Petition Date the Debtor was indebted to Objector in the amount of $14,702.50 (plus interest, fees and costs) and in possession of the following: 2010 Ford F150 (VIN: 1FTFW1EVXAFA48333) (Acct. No.: 4984) (the "Vehicle").

3. The Vehicle listed in Paragraph 2 was purchased on a Retail Installment Sale Contract (the "Contract").

4. The Proposed Plan cannot be confirmed for the following reasons:

(a) The Proposed Plan fails to pay the present value of the Vehicle as required by 11 U.S.C. § 1325(a)(5)(B)(ii) because:

   (i) The Proposed Plan states an incorrect value for the Vehicle. The approximate value of the Vehicle is $24,225.00 based on the NADA Official Used Car Guide.

(b) The Objector is not adequately protected pursuant to 11 U.S.C. §1326 as:

   (i) The Debtor has failed to remit adequate protection payments to Objector as required by 11 U.S.C. §1326(a) (1).

1

**WHEREFORE,** Ford Motor Credit Company LLC requests the Court to deny confirmation of the Proposed Plan, and to grant such other relief as may be appropriate and just.

Respectfully submitted,

KILPATRICK & ASSOCIATES, P.C.

By:/s/ _____
RICHARDO I. KILPATRICK, ESQ. (P35275)
LEONORA K. BAUGHMAN, ESQ. (P33534)
KRISTY A. STEFFANI, ESQ. (P77020)
SHAKEENA G. MELBOURNE, ESQ. (P78958)
Attorneys for Creditor, Ford Motor Credit Company LLC
903 North Opdyke Road, Suite C
Auburn Hills, MI 48326
ecf@kaalaw.com
(248) 377-0700

Dated: November 16, 2015