**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION-FLINT**

**IN RE:**                                              **CHAPTER 13**
**Tod Caron,**                                          **CASE NO:   14-32151**
**Laura Caron,**                                        **JUDGE: Daniel S. Opperman**

                    **Debtors**

_____/

**STIPULATION TO ADJOURN CONFIRMATION HEARING**

       The parties hereto agree to the entry of the Adjournment Order to the Confirmation Hearing to **January 12, 2016** at 9:00 a.m., see attached proposed order.


| | |
|---|---|
| /s/ Carl L Bekofske | /s/ Peter Mooney (per email consent) |
| Carl L. Bekofske P10645 | Attorney for Debtors |
| Melissa Caouette P62729 | Simen, Figura & Parker PLC |
| Leo J. Foley, Jr. P76060 | 5206 Gateway Ctr Ste 200 |
| Chapter 13 Standing Trustee's Office | Flint, MI  48507 |
| 400 N. Saginaw St., Ste. 331 | (810) 235-9000 |
| Flint MI 48502 | pmooney@sfplaw.com |
| (810) 238-4675 | P47012 |
| ecf@flint13.com | |
| | |
| | |
| /s/ Rose A. Merithew (per email consent) | /s/ Shakeena Gezell Melbourne (per email consent) |
| Attorney for JPMorgan Chase | Attorney for Ford Motor Company |
| 31400 Northwestern Highway Ste. 200 | Kilpatrick & Associates, P.C. |
| Farmington Hills, MI 48334 | 903 N. Opdyke Road Ste C |
| (248) 642-2515 | Auburn  Hills, MI 48326 |
| easternecf@trottlaw.com | (248) 377-0700 |
| P73319 | smelbourne@kaalaw.com |
| | P78958 |

| | |
|---|---|
| **IN RE:** | **CHAPTER 13** |
| **Tod Caron,** | **CASE NO:  14-32151** |
| **Laura Caron,** | **JUDGE: Daniel S. Opperman** |
|           **Debtors** | |

_____/

## ORDER ADJOURNING CONFIRMATION HEARING

This matter being set for hearing on November 17, 2015 and the parties have agreed to the following terms, and  the Court is advised, and there is no adverse impact upon any party by way of this action, thus no notice is required to be given; therefore:

**IT IS HEREBY ORDERED** the above referenced matter is adjourned to**, January 12, 2016** at 9:00 a.m.

**IT IS FURTHER ORDERED** that an amended plan shall be filed and served on or before December 1, 2015.

**IT IS FURTHER ORDERED** adequate protection payments are to be caught up/made to Ford Motor Credit Company and JPMorgan Chase Bank, National Association from the balance on hand.

**IT IS FURTHER ORDERED** that the Debtors shall remain current in plan payments until confirmation.

**IT IS FURTHER ORDERED** that should any of the conditions indicated above not be satisfied, then the Trustee, Ford Motor Credit Company or JPMorgan Chase Bank, National Association may file an Affidavit or Notice of Default along with an Order Dismissing the case with no further hearing shall be held

**IT IS FURTHER ORDERED** that the Debtors' Counsel shall serve a copy of the entered Order on the Debtors and any interested parties as applicable within 7 days.