UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-FLINT

IN RE:  CHAPTER 13
Tod Caron,  CASE NO: 14-32151
Laura Caron,  JUDGE: Daniel S. Opperman
                Debtors
_____/

## ORDER ADJOURNING CONFIRMATION HEARING

This matter being set for hearing on November 17, 2015 and the parties have agreed to the following terms, and the Court is advised, and there is no adverse impact upon any party by way of this action, thus no notice is required to be given; therefore:

**IT IS HEREBY ORDERED** the above referenced matter is adjourned to**, January 12, 2016** at 9:00 a.m.

**IT IS FURTHER ORDERED** that an amended plan shall be filed and served on or before December 1, 2015.

**IT IS FURTHER ORDERED** adequate protection payments are to be caught up/made to Ford Motor Credit Company and JPMorgan Chase Bank, National Association from the balance on hand.

**IT IS FURTHER ORDERED** that the Debtors shall remain current in plan payments until confirmation.

**IT IS FURTHER ORDERED** that should any of the conditions indicated above not be satisfied, then the Trustee, Ford Motor Credit Company or JPMorgan Chase Bank, National Association may file an Affidavit or Notice of Default along with an Order Dismissing the case with no further hearing shall be held

**IT IS FURTHER ORDERED** that the Debtors' Counsel shall serve a copy of the entered Order on the Debtors and any interested parties as applicable within 7 days.

.

**Signed on November 25, 2015**

                                      **/s/ Daniel S. Opperman**
                                      **Daniel S. Opperman**
                                        **United States Bankruptcy Judge**