Form ntchrg

226 West Second Street
Flint, MI 48502

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **14−32151−dof**
Chapter: 13
Judge: Daniel S. Opperman.Flint

In Re: (NAME OF DEBTOR(S))
   Tod Caron                                      Laura Caron
   3414 Sandy Shore Drive                3414 Sandy Shore Drive
   Metamora, MI 48455                   Metamora, MI 48455

Social Security No.:
   xxx−xx−5161                                           xxx−xx−4257

Employer's Tax I.D. No.:

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held at **U.S. Bankruptcy Court Courtroom, 226 West Second St., Flint, MI 48502** on **12/15/15** at **09:00 AM** to consider and act upon the following:

*157* − Notice/Affidavit of Default Filed by Creditor Ford Motor Credit Company (RE: related document(s)153 Order to Continue/Reschedule/Adjourn Hearing). (Melbourne, Shakeena)

Dated: 12/4/15

                                                                          BY THE COURT

                                                                          Katherine B. Gullo
                                                                          Clerk, U.S. Bankruptcy Court

                                                                          BY: JAM
                                                                          Deputy Clerk