# UNITED STATE BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In the Matter of:                      File No.: 14-32151
                                               Chapter 13

Tod and Laura Caron                 Judge Daniel Opperman

                 Debtors

## Debtor's Chapter 13 Confirmation Hearing Statement

At the next confirmation hearing in this case, the debtor intends to:

1.\_X\_\_ Request confirmation of the debtor's most recently plan, because all timely objections of creditors and the trustee have been resolved by that plan. I have emailed to the trustee a proposed order confirming the plan, as required in paragraph 2 of the Chapter 13 Case Management Order.

2. \_\_\_ Request confirmation of the debtor's plan, even though all timely objections have not been resolved. I have emailed to the trustee a proposed order confirming the plan, as required in paragraph 2 of the Chapter 13 Case Management Order. The parties are at an impasse in attempting to resolve these objections despite all reasonable efforts. The following are: (a) the parties whose timely objections have not been resolved; (b) their unresolved objections; and (c) the legal and factual issues that must be resolved by the Court in connection with confirmation:

         Trustee Objections:
         Issues:

         Creditor # 1:
         Objections:
         Issues:


3. \_\_\_ Request an adjournment of the confirmation hearing to _____, due to the following good cause:

4. \_\_\_ Dismiss the case. [The Court will enter an order of dismissal and the case will be removed from the docket.]

5. \_\_\_ Convert the case to chapter 7. [The Court will enter an order of conversion to chapter 7 and the case will be removed from the docket.]

6. \_\_\_ Re-convert the case to chapter 7.  [The case will remain on the docket and parties will have an opportunity to be heard.]

        Respectfully submitted,

        Simen, Figura & Parker, PLC

        /s/ Peter T. Mooney
        By:    Peter T. Mooney (P47012)
                Attorneys for Debtors
                5206 Gateway Centre #200
                Flint, MI 48507
                (810) 235-9000
        Email:  pmooney@sfplaw.com

Date: January 5, 2016